IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RAYMOND D. JOHNSON,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:12-cv-00076** |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ORANGE COUNTY,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Johnson's request to proceed *in forma pauperis* is **GRANTED**; this action, pursuant to 42 U.S.C. § 1983, is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 27th day of February, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE